**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Colin MASSIAS, a/k/a Jamaican C,
a/k/a C, Defendant–Appellant.**

**No. 01–7124.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Colin Massias, pro se. Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, NC, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

* See generally *United States v. Copley,* 978 F.2d 829, 832 (4th Cir.1992) (affirming the revoca-

PER CURIAM.

Colin Massias seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Massias,* Nos. CR–94–148; CA–00–152–3 (W.D.N.C. Apr. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*